940

No. 91–1300. UNITED STATES v. DUNNIGAN. C. A. 4th Cir. Certiorari granted.

No. 91–1594. EDENFIELD ET AL. v. FANE. C. A. 11th Cir. Certiorari granted.

No. 91–904. CONCRETE PIPE & PRODUCTS OF CALIFORNIA, INC. v. CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA. C. A. 9th Cir. Certiorari granted limited to Questions 2 and 4 presented by the petition.

No. 91–1233. ZARZECKI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–1376. CHURCH OF SCIENTOLOGY INTERNATIONAL ET AL. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (AZNARAN ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 91–1399. UTE DISTRIBUTION CORP. ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–1404. AMEJI v. COWAN, ATTORNEY GENERAL OF KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 91–1422. HOBBS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–1544. KRASNIQI v. DALLAS COUNTY CHILD PROTECTIVE SERVICES UNIT OF THE TEXAS DEPARTMENT OF HUMAN SERVICES. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 91–1575. THOMPSON v. KRAMER. C. A. 3d Cir. Certiorari denied.

No. 91–1576. LEVENE ET AL. v. PINTAIL ENTERPRISES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1578. TOMCZYK v. BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN. C. A. 7th Cir. Certiorari denied.